# Court of Appeals
# of the State of Georgia

ATLANTA,___April 22, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1381. JASON STOUGHTON v. AMY WADE COLE.**

Amy Wade Cole filed a contempt action against her ex-husband, Jason Stoughton, for violating a settlement agreement and parenting plan entered in conjunction with the parties' divorce decree. The trial court found Stoughton in contempt, ordered him to pay a marital debt, and awarded Cole attorney fees. Stoughton filed a motion to reconsider. The trial court denied the motion and awarded Cole additional attorney fees. Stoughton has appealed that ruling to this Court. We however, lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/22/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*